722 A.2d 1283

IN THE MATTER OF GEORGE J. MANDLE,
JR., AN ATTORNEY AT LAW.

January 29, 1999.

## ORDER

The Disciplinary Review Board on October 28, 1998, having filed with the Court its decision concluding that **GEORGE J. MAN-DLE, JR.,** of **LINDEN,** who was admitted to the bar of this State in 1970, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), and *RPC* 1.4(a) (failure to communicate);

And the Disciplinary Review Board having further concluded that respondent should be required to refund to the Byko Estate a retainer in the amount of $500 and be required to practice law under supervision for a period of one year, consecutive to the two-year period of supervision imposed by this Court's Order dated October 16, 1996;

And good cause appearing;

It is ORDERED that **GEORGE J. MANDLE, JR.,** is hereby reprimanded; and it is further

ORDERED that within forty-five days of the filed date of this Order respondent shall refund to the Byko Estate the retainer in the amount of $500; and it is further

ORDERED that respondent shall continue to practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of one year, consecutive to the two-year period of supervision imposed by this Court's Order dated October 16, 1996, and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.